UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JESUS GARCIA GONZALEZ et al.,

                            Plaintiffs,

    -against-

EFTHIA RESTAURANT INC. et al.,

                            Defendants.

------------------------------------- x

ORDER

18 Civ. 10493 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties report that this case has settled. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than January 2, 2020. All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
       December 3, 2019

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge